

**FILED**

*2:01 pm, 1/27/17*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Kelly H. Rankin, Chief United States Magistrate Judge

| | |
|---|---|
| Zachary Fisher, Deputy Clerk | January 27, 2017 |
| Jan Davis, Court Reporter | Cheyenne, Wyoming |
| Jon Conder, Law Clerk | |

Case No. 15-CV-189-R; Cleary vs. Wind Quarry, LLC, et al.

| | |
|---|---|
| Jonathan Cleary, | Plaintiff's Attorneys: Lucas Buckley, Sean Larson |
| Plaintiff, | |
| v. | |
| Wind Quarry, LLC, | Defendant's Attorneys: Steven Collis, Jeffrey Pope |
| Defendant. | |

**COURTROOM MINUTES**
**JURY TRIAL DAY FIVE**

| | |
|---|---|
| 11:14 a.m. | Court called to order outside the presence of the Jury in Chambers. Jury Question discussed. |
| 11:42 a.m. | Answer drafted, delivered to Jury. |
| 11:48 a.m. | Court in recess. |
| 1:16 p.m. | Court called to session. |
| 1:17 p.m. | Jury escorted into courtroom. |
| 1:18 p.m. | Verdict delivered to the Judge. |
| 1:19 p.m. | Sidebar |

| | |
|---|---|
| 1:23 p.m. | Sidebar ends. |
| 1:24 p.m. | Verdict read aloud by Courtroom Deputy. |
| 1:27 p.m. | Jury polled.  All jurors indicate that the verdict is, and was their respective verdict. |
| 1:28 p.m. | Jurors advised of Local rules. |
| 1:31 p.m. | Jury escorted from Courtroom. |
| 1:31 p.m. | Status Conference set for 2/3/17 at 10:00 a.m. before Judge Rankin.  Counsel may appear via phone or in person. |
| 1:33 p.m. | Court recessed. |